In the Matter of the Judicial Settlement of the Account of Proceedings of RAYMOND PORRIER, as Surviving Executor, etc., of AUGUST PORRIER, Deceased. AUGUST PORRIER, JR., Appellant; CLINTON M. FLINT, and RAYMOND PORRIER, Executor, etc., of AUGUST PORRIER, Deceased, Respondents.— In a proceeding in the Surrogate's Court brought for the purpose of having fixed and determined the compensation of an attorney for services rendered to a person interested in the estate as the assignee of a legatee, order of the Surrogate's Court of Nassau county directing that the executor pay out of the share or interest of that legatee, August Porrier, Jr., to respondent Flint, attorney for the assignee, for his claim and lien for services in the proceedings herein, the sum of $250 thereby allowed to him as counsel fees for those services, affirmed, with fifty dollars costs and disbursements, payable out of the share or interest of the appellant August Porrier, Jr., in the estate. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

HANS KALLE, Respondent, v. DANIELS & KENNEDY, INC., Appellant.— Order denying defendant's motion to strike out a portion of plaintiff's bill of particulars on the ground that it does not comply with the order therefor, affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

MARY McCABE, an Infant, by ALEXANDER F. McCABE, Her Guardian ad Litem, and ALEXANDER F. McCABE, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Order denying defendant's motion for an order designating a neurologist to make an examination of the infant plaintiff, and for the designation of an eye doctor to make an examination of her as to interference in vision, reversed on the law and the facts, without costs, and motion granted, on authority of *Cronin* v. *Anderson* (226 App. Div. 691). The matter is remitted to Special Term to designate such physicians and make directions in respect to such examinations as provided in section 306 of the Civil Practice Act. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

BEATRICE B. McCULLOUGH, Respondent, v. WILLIAM E. McCULLOUGH, Appellant.— Order in so far as it grants counsel fees in the sum of $350 affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

TILLIE NEU, as Administratrix, etc., of ANTOINETTE ALTIERI, Deceased, Respondent, v. FELTMANS RESTAURANT OF CONEY ISLAND, INC., Appellant.— In an action to recover damages for the death of plaintiff's intestate, order denying on condition defendant's motion to dismiss for failure to prosecute affirmed, without costs. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.